UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-MJ-2025-JG

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| 4922 PAULSON DRIVE, | ) | ORDER TO UNSEAL |
| FAYETTEVILLE, NC 28304 | ) | |

Upon motion of the Government, the previously requested Application, Affidavit, and Search Warrant in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: December 19, 2017

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge